## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

Civil Action No. **'07 - CV - 02593**

DEC 1 3 2007

(To be supplied by the court)

GREG _____ _____ HAM
CLERK

Peter P. Mauchlin , Plaintiff,

v.

SIS Correctional Supervisor Bier ,

Physicians Assistant A. Osagie ,

EMT Dalgleish ,

_____ ,

_____ ,

_____ ,

_____ , Defendant(s).

(List each named defendant on a separate line.)

**RECEIVED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 06 2007

GREGORY C. LANGHAM
CLERK

---

### PRISONER COMPLAINT

---

(Rev. 1/30/07)

**A. PARTIES**

1. Peter P. Mauchlin* 71743-158   US Penitentiary MAX
   (Plaintiff's name, prisoner identification number, and complete mailing address)
   P.O. Box 8500, Florence CO. 81226-8500

2. (SIS) Correctional Supervisor Bier ("Lt")
   (Name, title, and address of first defendant)
   Employed by the Bureau of Prisons, above address/Prison

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? __ Yes __ No (CHECK ONE). Briefly explain your answer:
Acting in his capacity as Investigator/Prison Official/Guard at the (above) U.S. Penitentiary/Prison

3. Physicians Assistant A. Osagie, Employed as a
   (Name, title, and address of second defendant)
   Medical Care Provider, above address/Prison

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? __ Yes __ No (CHECK ONE). Briefly explain your answer:
Acting in his capacity as a Medical Care Provider at the (above) U.S. Penitentiary/Prison

4. Emergency Medical Technician/"Gatekeeper" "Dalgleish", Employed as
   (Name, title, and address of third defendant)
   a Medical Care Provider/X-ray Technician at above Prison.

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? __ Yes __ No (CHECK ONE). Briefly explain your answer:
Acting in both her capacity as EMT and "Gatekeeper" at the U.S. Penitentiary/Prison Listed Above

(If you are suing more than three defendants, use extra paper to provide the information requested above for each additional defendant. The information about additional defendants should be labeled "A. PARTIES.")

(Rev. 1/30/07)                    2

## B. JURISDICTION

1.  I assert jurisdiction over my civil rights claim(s) pursuant to: (check one if applicable)

    _____  28 U.S.C. § 1343 and 42 U.S.C. § 1983 (state prisoners)

    ✓  28 U.S.C. § 1331 and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal prisoners)

2.  I assert jurisdiction pursuant to the following additional or alternative statutes (if any):

    U.S. Constitution, 8th Amendment; Wilson V Seiter 501 U.S. 294, 304, 111 Sct 2321, 2327 (1991)

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case. If more space is needed to describe the nature of the case, use extra paper to complete this section. The additional allegations regarding the nature of the case should be labeled "C. NATURE OF THE CASE."

On or about 12.27.06, Plaintiff was housed/confined for four (4) days in a "Cold" (Dry) cell/medical Observation cell in the Prisons Hospital Area. While confined there, Plaintiff was subjected to conditions that constitute cruel and unusual Punishment in the form of Inadequate Clothing (only Shorts, T-Shirt), Inadequate Bedding (a thin Bedspread) and an Air Temperature of approximately 45° Farhenheit. These conditions, Initiated and maintained by the Defendants, caused the Life threatening Illness Sustained by the Plaintiff (See attached medical documentation/correspondance, etc).

## D. CAUSE OF ACTION

State concisely every claim that you wish to assert in this action. For each claim, specify the right that allegedly has been violated and state all supporting facts that you consider important, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific cases to support your claim(s). If additional space is needed to describe any claim or to assert more than three claims, use extra paper to continue that claim or to assert the additional claim(s). The additional pages regarding the cause of action should be labeled "D. CAUSE OF ACTION."

1. Claim One: U.S. 8th Amendment violation, Wilson V Seiter, Estelle V Gamble, etc.

Supporting Facts:

On or about 12·27·07, Plaintiff was placed in a "dry cell" in the Hospital Area, upon the order of the SIS (Special Investigation Services) Supervisor (Lt") Bier. Plaintiff was issued a pair of Shorts (underwear) and a T-Shirt - along with a thin cotton Bedspread and bare mattress. Plaintiff immed-iatly Complained of the unusually low temperature of the cell to both a Correctional Supervisor (Barry) and the Physicians assistant A. Osagie. No response was forthcom-ing. The Time was approximately 2:00 PM and for The next 9 hours I was denied food, water and a Urinal/Bottle - which required The Plaintiff to Urinate on The cell floor (See dry cell Log Book (Copy) attached). In the foll-owing four (4) days, I complained incessantly and angrily about the conditions of my Confinement to both the "watch" officers, SIS correctional Supervisor Bier and the medical Staff

Continued on Page 5)

2. Claim ~~Two~~ one: Continued

Supporting Facts:

Continued— (again, See attached Copy of Dry Cell Log, high-
lighted in yellow). SIS Supervisor Bier ignored my com-
plaints, while medical Staff (PA. A. Osagie) declared that
my placement in the dry cell was a Security operation,
that he had no authority to interfere and; "besides, you
did this to yourself" (Lowered the temperature of the cell?).
only when one of the watch officers angrily Complained,
("I'm fully dressed, wearing a damn Coat— and it's still cold,
here (outside the dry cell) So, I know that man (Plaintiff)
is cold—I order you to give him a BLANKET!").
Again, See attached Copy of Dry cell Log.
PA. A. Osagie Complied with this order by issueing the
Plaintiff a Blanket, in exchange for the bedspread.
again, See attached Copy of Dry cell Log book

2

3. Claim Three: _____

   Supporting Facts:

Both Defendants, PA A. OSagie, EMT Dalgleish actively and knowingly maintained the "cold cell" conditions throughout my time confined in the Dry Cell, in concert and Cooperation with the SIS Supervisor Bier —

and Both Defendants (PA. A. OSagie, EMT Dalgleish) Ignored my repeated requests for medical Treatment (See attached copy of correspondance To PA. Osagie) and, finally, when another PA (Scheiffelbein) examined me and prescibed the appropriate medication (See attached copy of medical record, Prescription order by physician, medication Labe), EMT Dalgleish failed To deliver that medication — making it necessary for PA Scheiffelbein to deliver it him-Self, the following day. I.E., the "Gatekeeper" not only maintained the conditions which caused the Plaintiffs Illness, but all actively interfered with the treatment of that Same Illness by either failing or refusing to Deliver the required medication,

(Rev. 1/30/07)

## E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ✓ Yes ___ No (CHECK ONE). If your answer is "Yes," complete this section of the form. If you have filed more than one lawsuit in the past, use extra paper to provide the necessary information for each additional lawsuit. The information about additional lawsuits should be labeled "E. PREVIOUS LAWSUITS."

1. Name(s) of defendant(s) in prior lawsuit:

   ~~Peter~~ Peter P. Mauchlin, V. Hood, et al

2. Docket number and court name:

   1:05-cv-01042-ZLW

3. Claims raised in prior lawsuit:

   Defendants in violation of CFR 28, Sec. 555.

4. Disposition of prior lawsuit (for example, is the prior lawsuit still pending? Was it dismissed?):

   Dismissed as "legally frivolous" because the new (revised) CFR 28 was unavailable in the Prison Law Library — Unknown to Plaintiff.

5. If the prior lawsuit was dismissed, when was it dismissed and why?

   Sept. 2005 (See above reasons)

6. Result(s) of any appeal in the prior lawsuit:

   Upheld dismissal of District Court

## F. ADMINISTRATIVE RELIEF

1. Is there a formal grievance procedure at the institution in which you are confined?

   ✓ Yes ___ No (CHECK ONE).

2. Did you exhaust available administrative remedies? ✓ Yes ___ No (CHECK ONE).

## G. REQUEST FOR RELIEF

State the relief you are requesting. If you need more space to complete this section, use extra paper. The additional requests for relief should be labeled "G. REQUEST FOR RELIEF."

1.) Assignment of Competent Counsel/attorney, in light of complexity of case, inexperience of Plaintiff, etc.

2.) Trial by Jury or, alternatively, Summary Judgement for the Plaintiff and the awarding of both Compensatory and Punitive damages against the defendants in the amounts (respectively) of 5.0 million Dollars; 10.0 million Dollars.

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on ___12-03-07___
(Date)

_____
(Prisoner's Original Signature)

(Rev. 1/30/07)                    8

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION *(Sign each entry)* |
|------|------------------------------------------------------------------------|
| 1/12/07 | Ⓢ C/o "sinus infection", started discolored phlegm |
| 1315hrs | (green-brown) with nose blowing. Hx sinus infection |
| /KoA | in past but not chronic problem |
| i - φ | Ⓞ tender over maxillary + frontal sinuses bilt. |
| time avail | skin warm/dry. |
| ●ALE | Ø respiratory distress present. |
| | Alert, OX3, NAD. |
| | Ambulates about cell c̄ problem |
| | good historian |
| | Ⓐ probable sinusitis c̄ sinus pressure + discolored |
| | sinus drainage |
| | Ⓟ Warm, moist heat to sinus areas |
| | Rx → Amoxicillin 500mg #30 Sig: i PO TID x 14 |
| | alt taken. Dispensed #30 to inmate AM 1/13/07 |
| ● | F/u r/d SC if no or poor resolution |
| | pt. ed. re Rx & dx given ✍ S. Nafziger, M.D. 2/12/07 |

D. Schiefelbein
PA-C
ADX - Florence

S. Nafziger, M.D.
FCC Florence, CO

Ord.Date 01/06/07
MAUCHLIN, PETER PHILLIP   D. SCHEFELBEIN
71743-158                 (0)Refills
TAKE ONE CAPSULE BY MOUTH THREE
TIMES DAILY FOR 10 DAYS
Rx # 126201   AMOXICILLIN 500 MG CAP   #30

APR 26 2007

| 7/08/07 | Admin note. |
| 0950 | Rx: Atenolol 25mg tab: i po daily |
| | #30 x 6 refills |
| | Plan to obtain BP this weekend |

Nurse ____

Ord.Date 02/08/07
MAUCHLIN, PETER PHILLIP   N. GLADBACH
71743-158                 (5)Refills
TAKE ONE TABLET BY MOUTH EACH
DAY
Rx # 126477   ATENOLOL 25 MG TAB   #30

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 1/12/07 | (S) C/o "sinus infection", states discolored phlegm |
| 1315 hrs | (green-brown) with nose blowing. Hx sinus infections |
| VKoA | in past but not chronic problem |
| i - ∅ | (O) tender over maxillary + frontal sinuses b/d. |
| hrs well | skin warm/dry. |
| ● NLE | ∅ respiratory distress present. |
|  | Alert, OX3, NAD. |
|  | Ambulates about cell c̄ problem |
|  | c/o hesitation |
|  | (A) probable sinusitis c̄ sinus pressure + discolored |
|  | sinus drainage |
|  | (P) Warm, moist heat to sinus area |
|  | Rx → Amoxicillin 500mg #30 Sig: ī P̄ TID ×14 |
|  | all taken. Dispensed #30 to inmate. AM 1/13/07 |
| ● | F/u ×14 SS if no. or prov resolution |
|  | pt. c̄ in Px × d × sx̄ ... |

D. Schiefelbein                    S. Nafziger, M.D. 2/12/07
PA-C                               FCC Florence, CO
ADX - Florence

Ord.Date  MAUCHLIN, PETER PHILLIP   D. SCHEFELBEIN
01/15/07  71743-158                (0)Refills
          TAKE ONE CAPSULE BY MOUTH THREE
          TIMES DAILY FOR 10 DAYS
Rx #
126201   AMOXICILLIN 500 MG CAP      #30

APR 26 2007

| | |
|---|---|
| 2/8/07 | Admin Note |
| 0950 | Rx: Atenolol 25mg tab: ī po daily |
|  | #30 × 6 refills |
|  | Plan to obtain BP this week |
|  | Nurs... |

Ord.Date  MAUCHLIN, PETER PHILLIP   N. GLADBACH
02/08/07  71743-158                (5)Refills
          TAKE ONE TABLET BY MOUTH EACH
          DAY
Rx #
126477   ATENOLOL 25 MG TAB          #30

ADX  PHARMACY          (719) 784-9464
PO BOX 8500 - FLORENCE, CO 81226
   124700      D. SCHIEFELBEIN PA      08/22/06
MAUCHLIN, PETER PHILLIP          71743-158
ADX - D04-211L
**DISSOLVE ONE TABLET UNDER TONGUE
AS NEEDED FOR CHEST PAIN. MAY
REPEAT 2 TIMES AT 5 MINUTE
INTERVALS.IF NO RELIEF,CALL MEDICAL
IMMEDIATELY** 4/13/07          $25
NITROGLYCERIN SL 0.4 MG TAB          #4
(0)Refills   02/16/2007   JMZ   Exp 02/17/07
      CAUTION: Federal/State law prohibits transfer of this drug
      to any person other than patient for whom prescribed.

*Typical Typed
Medication Label
attached To Zip lock
Polyethylene bag.*

( Handwritten )

Medication Label Tacked To
Zip Lock Polyethylene Pill bag
Containing Anti-biotic Capsules
Prescribed by PA Scheiffelbein,
1/13/07          ↓

ADX Florence    1/13/07
Mauchlin, Peter 71743-158
Z Unit.
Amoxicillin 500mg #30
Take one capsule every eight
hours or three times daily
till all gone          Refill (0)

Sir:

I am again requesting, for the second (2nd) 01·09·07 time in as many days (2.0) anti-biotics in the form of MOXICILLAN to treat a serious and painful SINUS Infection, upper Respiratory illness brought about by the low Temperature conditions ("Cold Cell") I was subjected to in the medical Observation cell, in the Health Services Dept of ADX MAX, Florence, CO;  12·28·06 — 12·31·06.

It is my belief that you and your Co-worker were Complicit in maintaining the low temperature conditions of that "medical Observation cell".

Be further advised that To conceal, alter or destroy any documents (such as log books) in anticipation of an investigation.... is a Crime called "Obstruction of Justice."

Best wishes,
Hugs and Kisses,

* my emphasis
P.M. 11·18·07

P. Mauchlin, 71743-158
Z-B209

cc of request To staff member A. Osagie          01·09·07



# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### OFFICE OF THE CLERK

GREGORY C. LANGHAM
CLERK OF COURT

Room A-105
Alfred A. Arraj United States
Courthouse
901 19ᵗʰ Street
Denver, Colorado 80294
Phone(303) 844-3433
www.cod.uscourts.gov

This is the best quality copy of the following document.

Clerks Office
United States District Court



Dry Cell log Book Entries

Note date of entry/inp to cell

12·27·06   S/N   Dry cell S/m Mauchl W # 71743-158

2⁵⁵   Assumed Post   (b)(2)High
3⁰⁰ pm   I/m urinated on the FLOOR went back to bed
3ᵖᵐ   I/m urinates on FLoor / back to bed
3³ᵖᵐ   Relieved by C.O. HAm

3³ᵖᵐ Ham Assumed Post 12-28-06   (b)(2)High
3⁴⁵ pm   I/m laying down & covered up
3⁵⁰ pm   I/m urinated on the floor & layed back down
4⁰⁰ pm   Count w/2 Ham / B. reardin I/m Laying down
4¹⁵ pm   I/m Laying down
4³⁰ pm   I/m Laying down
4⁴⁵ pm   I/m Laying down

5⁰⁰ pm I/m laying down
5¹⁵ pm I/m Laying down
5³⁰ pm I/m Laying down
5⁴⁵ pm I/m laying down
6⁰⁰ pm I/m laying down
6¹⁵ pm I/m Walking around
6³⁰ pm I/m Walking around
6⁴⁵ pm I/m walking around
7⁰⁰ pm I/m Laying down

REVIEWED, EXCISED AND

APR 2 6 2007

RELEASED BY DOJ/FEDERAL BUREAU OF PRISONS



②

715pm I/m laying down
730pm I/m Laying down
745pm I/m laying down
800pm I/m Laying down / Count w/2 Haw / R. Martin
815pm I/m laying down
830pm I/m laying down
845 I/m laying down
900pm I/m laying down
━pm I/m laying down
930pm I/m laying down
945 I/m laying down / Count w/2 Haw / R. Martin
1000pm I/m walking around
1015pm I/m walking around
1030 I/m walking around
1045pm I/m laying down
1100pm I/m laying down
1100pm Relived by Rodriguez EOW
n/n 12-29-06   J. RODRIGUEZ

1105pm ASSUMED DUTIES. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
(b)(2) High
━5pm I/m PACING CELL.
▓▓▓▓▓
11:20P.m. I/m GIVEN WATER.
11:30 P.m. I/m LAYING DOWN.
11:45 P.m. I/m LAYING DOWN.
12:00 A.m I/m PACING IN CELL.          12/28/06
12:01 A.m. COUNT TIME RODRIGUEZ / GILLESPIE  w/2
12:15 Am. I/m PACING IN CELL.
12:30 A.m. PACING IN CELL
12:45 A.m. LAYING IN CELL
1:00 Am. LAYING IN CELL
1:15 A.m. LAYING IN CELL
1:30 A.m. LAYING IN CELL
2:00 A.m. LAYING DOWN
2:15 A.m. LAYING DOWN
2:30 A.m. LAYING DOWN
2:45 A.m. LAYING DOWN
2:50 Am. GIVEN RESTROOM BREAK
3:00 A.m. COUNT TIME RODRIGUEZ / GILLESPIE  w/2
3:15 A.m. LAYING DOWN
3:30 A.m. LAYING DOWN

CERTIFIED, TRUE COPY AND

APR 2 6 2007

COLORADO ATTORNEY LEGAL OFFICE

Note date

n/w  12-29-06 cont...

✱ Given blanket for bedspread

3:10 a.m.  TRADED BLANKETS AND GIVEN MEDS.
3:45 a.m.  LAYING DOWN
4:00 a.m.  LAYING DOWN
4:15 a.m.  LAYING DOWN
4:30 a.m.  LAYING DOWN
4:45 a.m.  LAYING DOWN
5:00 a.m.  COUNT TIME  RODRIGUEZ/GILLESPIE  w/2
5:15 a.m.  LAYING DOWN
5:30 a.m.  LAYING DOWN
5:45 a.m.  LAYING DOWN
6:00 a.m.  LAYING DOWN
6:15 a.m.  LAYING DOWN
6:30 a.m.  LAYING DOWN
6:45 a.m.  GIVEN BREAKFAST TRAY
7:05 a.m.  E.O.W.  Qx▮▮▮  w/2

12-29-06  D/W  Weise
7:05  assumed Duties

(b)(2)High   (b)(2)High   (b)(2)High

7:15      I/m appears sleeping
7:30 am   I/m appears asleep.
7:45 am   I/m appears asleep.
8:00 am   I/m Request to use urinal upon giving him the urinal I/m
          stated that he would defecate on the floor and walk
          thru it. so we could come and got it he then was
          asked what he swallowed and the I/m stated a sewing needle
8:00 am   ▮▮ MR B▮.  x-ray was taken & unknown item did
          move. I/m stated it was a sewing needle.
8:15 am   I/m Laying Down on back.
8:30 am   I/m appears asleep.
8:45 am   I/m appears asleep
9:00 am   I/m appears asleep

REVIEWED, EXCISED AND

APR 2 6 2007

RELEASED BY NGRO LEGAL OFFICE

          Dpr L + RB  wB▮
9:15 am   I/m appears sleeping
9:30 am   offered I/m his food tray and he declined them said that
          he didn't want them at all and went back to sleep
9:45      I/m appears asleep
10:00 am  I/m appears asleep
10:15 am  I/m appears asleep
10:30     I/m asked to use the urination Bottle. no problems
10:45 am  I/m appears asleep
11:00     I/m appears asleep

| Time | Entry |
|---|---|
| 11:15 am | I/m appears to be sleeping |
| 11:30 am | I/m appears to be sleeping |
| 11:45 | I/m appears to be sleeping |
| 12:00 pm | I/m accepted glass of water |
| 12:06 pm | I/m returned glass |
| 12:15 pm | I/m laying on his back Looking at the cell door |
| 12:30 pm | I/m asked for the urination bottle and used it then Returned it no Problems. |
| 12:45 pm | I/m walking around cell |
| 1:00 pm | I/m walking around Cell |
| 1:15 pm | I/m walking around Cell |
| 1:30 pm | I/m laying in Bed |
| 1:45 pm | I/m laying in Bed |
| 1:00 pm | I/m walking around cell |
| 2:00 pm | I/m requested water for Coffee and was given Cup + spoon |
| 2:09 pm | I/m returned cup and Spoon. |
| 2:15 pm | |
| 2:30 pm | I/m walking around Cell |
| 2:00 pm | I/m ask to use urinal |
| 2:45 | I/m walking around cell |
| 3:00 pm | I/m walking around cell |

12·29·06   E/W        King I/m Mauchlin 71743-13
3:05 pm   Assigned duties with ████ (b)(2)High ████

| Time | Entry |
|---|---|
| 3:45 pm | I/m laying on bed |
| 3:30 pm | I/m laying on bed |
| 3:45 pm | I/m laying on bed. I/m was offered water but declined |
| 4:00 pm | I/m walking around cell / Count time Double count of |

1   King / Shipman
E's ████ 12/29/06  cell search+ visual conducted
with neg. results
| Time | Entry |
|---|---|
| 4:15 pm | I/m searched + Cell Searched |
| 4:30 pm | I/m fed meal and began eating |
| 4:45 pm | I/m walking around cell   I/m ate 2/3 of his meal |
| 5:00 pm | I/m laying on bed |
| 5:15 pm | I/m given cup of hot water + spoon for Tea |
| 5:30 pm | I/m walking around Cell |
| 5:45 pm | I/m walking around Cell |
| 6:00 pm | I/m walking around cell |
| 6:15 pm | I/m walking around cell |
| 6:30 pm | I/m walking around cell |
| 6:45 pm | I/m walking around cell |
| 7:35 pm | I/m given 1 cup for Tea - hot water- + Spoon |

APR 2 6 2007

RELEASED BY NCRC LEGAL OFFICE

𝓅

| 7:45 pm | I/m sitting on bed + returned cup + spoon |
| 7:30 pm | I/m walking around cell |
| 7:45 pm | I/m walking around cell |
| 8:00 pm | I/m laying on bed - Count time   2   King/Sanders |
| 8:15 pm | I/m walking around cell |
| 8:30 pm | I/m walking around cell |
| 8:45 pm | I/m laying on bed |
| 9:00 pm | I/m given urinal which he used + returned - no problems |
| 9:15 pm | I/m walking around cell |
| 9:30 pm | I/m standing by cell door Talking |
| 9:45 pm | I/m walking around cell - Count time   2   King/Ham |
| 10:00 pm | I/m walking around cell |
| 10:15 pm | I/m laying on bed |
| 10:30 pm | I/m laying on bed |
| 10:45 pm | I/m laying on bed - Drank 2 cups of water - |

| 11:00 pm | 12-30-06   w/u   J. RODRIGUEZ   D/C = 2 |
| | ASSUMED DUTIES. |

(b)(2)High
(b)(2)High

| 11:15 pm | I/m LAYING ON BUNK |
| 11:30 pm | I/m LAYING ON BUNK |
| 11:45 pm | I/m PACING CELL |
| 12:01 Am | COUNT TIME   RODRIGUEZ/GILLESPIE   w/2 |
| 12:15 Am | SITTING ON BUNK |
| 12:30 Am | GIVEN RESTROOM BREAK (URINAL) |
| 12:45 Am | I/m PACING IN CELL. |
| 1:00 Am | I/m LAYING ON BUNK |
| 1:15 Am | I/m LAYING ON BUNK |
| 1:30 Am | I/m LAYING ON BUNK |
| 1:45 Am | I/m LAYING ON BUNK |
| 2:00 Am | I/m LAYING ON BUNK |
| 2:15 Am | I/m LAYING ON BUNK |
| 2:30 Am | I/m LAYING ON BUNK |
| 2:45 Am | I/m LAYING ON BUNK |
| 3:00 Am | COUNT TIME   RODRIGUEZ/GILLESPIE   w/2 |
| 3:15 Am | I/m LAYING ON BUNK |
| 3:30 Am | I/m LAYING ON BUNK |
| 3:45 Am | I/m LAYING ON BUNK |
| 4:00 Am | I/m LAYING ON BUNK |
| 4:02 Am | I/m USED URINAL |
| 4:13 Am | I/m LAYING ON BUNK |

APR 2 6 2007



N/W 12-30-06 CONT...

4:30 A.m. I/m LAYING ON BUNK

4:45 A.m. I/m LAYING ON BUNK

5:00 A.m. COUNT TIME RODRIGUEZ/GILLESPIE w/2

5:15 A.m. I/m LAYING ON BUNK

5:30 A.m. I/m LAYING ON BUNK

5:38 A.m. I/m GIVEN BREAKFAST TRAY

5:45 A.m. I/m EATING BREAKFAST

5:48 A.m. I/m RETURNED BREAKFAST TRAY

6:00 A.m. I/m LAYING ON BUNK

6:15 A.m. I/m LAYING ON BUNK

6:27 A.m. I/m USED URINAL

6:30 A.m. I/m LAYING ON BUNK

6:45 A.m. I/m LAYING ON BUNK

7:00 A.m. EOW w/2

7:00 am D/W Hendry 12-30-06

715 am I/m Loying on Bunk

730 am I/m Loying on Bunk

D/W LT F/H W

Negitive findings

745 am I/m Loying on bunk

800 am I/m Loying on bunk

815 am I/m Loying on bunk

830 am I/m Loying on bunk

845 am I/m Loying on bunk

847 am offered I/m water, he refused

900 am I/m Loying on bunk

910 am I/m Rolled over

915 am I/m Laying on bed

930 am I/m on bed

932 am I/m refused Lunch & water / I/m arinated in bottle, I/m went back to

945 am I/m loying on bed

1000 am Count / I/m awake

1015 am I/m loying on bed appears askep

1030 am I/m Loying on bed

1045 am I/m Appears to be asleep

1050 am I/m offered water I/m refused

1100 I/m Loying on bed

1115 I/m Loying on bed

1130 I/m sitting up in bed drinking coffe

1145 I/m walking

1200 I/m standing at slider talking

12-15 I/m standing at slider talking

APR 2 6 2007

⑦

o/w 12/30/06

1230  I/m walking in a room in cell
1245  Gave I/m pair (fruit) & water
1300pm  I/m returned cup and pair cure / I/m walking & talking
1315  I/m walking
1330  I/m walking
1345  Gave I/m warm water for coffe
1352  I/o gave cup back
1400  I/m walking
1415  I/m walking
1420  I/m urinated in bottle
1425  I/m laying on bed
1430  I/m laying on bed
1445  I/m laying on bed
1500  E/w started, I/M Laying on bed, C/O Keehan,
1515  I/M walking around cell with blanket over shoulders
1530  I/M walking around cell with blanket over shoulders
1545  I/M laying on bed
1600  I/M laying on bed
1615  I/M laying on bed appears to be sleeping
1630  I/M requested to use urine bottle
1645  I/M was given urine bottle after another CO showed, urinated
       and gave back bottle, I/M was given water and a spoon to
       mix a drink  count ③ Keehan/Williams  1ea I/M at
       hospital
1700  I/M gave back spoon & cup
1715  I/M was fed / declined water
1730 I/M Eating
1745 I/M left trays (styrofoam) and spoon by grill
1800 I/M Laying down
1815 I/M complained of being cold  ✱  ←
1830 I/M walking around cell
1845 I/M sitting on bed
1900 I/M requested water
1915 I/M laying on bunk
1930 I/M laying on bunk
1945 I/M laying on bunk
2000 I/M laying on bunk
2015 I/M laying on bunk
2030 I/M laying on bunk
2045 I/M pacing in cell
2100 I/M pacing in cell
2115 I/M pacing in cell

keys

to bed

APR 2 6 2007



2130 | I/M pacing in cell
2145 | I/M laying in bunk
2200 | I/M laying in bunk good count @ Keehan/Siese
2215 | I/M pacing in cell
2230 | I/M pacing in cell
2245 | I/M pacing in cell
2257 | M/W started, I/M pacing cell with blanket over, 12-31-06
~~shoulders~~, C/O SOMESAN assumed duty and ████████

2315 | I/M requested hot water / I/M in bed
2330 | I/M was given 1cup hot water / making tea
2334 | I/M returned the cup and spoon.
2345 | I/M laying in bunk.
12 01ᴬᴹ | I/M appears asleep, Count'i Time w/2 Somesan/Siese
12 15ᴬᴹ | I/M appears asleep.
12 30ᴬᴹ | I/M appears asleep.
12 45ᴬᴹ | I/M appears to be sleeping.
01 00ᴬᴹ | I/M appears asleep.
01 15ᴬᴹ | I/M appears asleep.
01 30ᴬᴹ | I/M asked "what time it is" and continued to lay in bed.
01 45ᴬᴹ | I/M laying in bunk
██ 0ᴬᴹ | I/M Requested urinal, urinated returned container, requested wat
x2 | cups and complained about being cold, returned water cup.
02 00ᴬᴹ | I/M laying in bed  ←  ✱
02 15ᴬᴹ | I/M laying in bed, appears asleep.
02 30ᴬᴹ | I/M appears asleep
02 45ᴬᴹ | I/M appears asleep.
03 00ᴬᴹ | Count time with 2 02  Somesan / Lt Gray  I/M laying in bed
03 15ᴬᴹ | I/M appears asleep.
03 18ᴬᴹ | I/M requested urinal container, returned container and stated: "if
I gotta stay here a month and THEY will not get it!" and: "if
I'll shit it, I'll swallow it again!". I/M stated that he had a
sewing needle swallowed.
03 30ᴬᴹ | I/M appears asleep.
03 45ᴬᴹ | I/M appears asleep.
04 00ᴬᴹ | I/M appears to be asleep.
04 15ᴬᴹ | I/M appears asleep.
04 30ᴬᴹ | I/M appears asleep.
04 45 | I/M appears asleep
05 00 | Count time w/2 Somesan / Sheridan, I/M appears asleep.
05 15 | I/M appears asleep.
05 30 | I/M appears asleep.

REVIEWED, EXCISED AND

APR 2 6 2007

RELEASED BY NORO LEGAL OFFICE

MW 12-31-06  I/M MAUCHLIN #71743-158

| | |
|---|---|
| 0545 | Food tray arrives, searched with negative results. |
| 0550 | I/m asked for urinal bottle, returned. Complained about being cold. |
| 0553 | I/m Given breakfast tray, refused water. |
| 0600 | I/m eating breakfast. |
| 0605 | I/m returns food tray and complained about being cold. Appears |
| | 1/2 meal consumed and 1 Reg milk.  ✳ |
| 0615 | I/m appears asleep. |
| 0630 | I/m appears to be asleep. |
| 0645 | I/m appears to be asleep. |
| 0700 | I/m appears to be asleep |
| 0703 | Relieved by Ziemer,   EOW  B/c 2  Don S— |
| 0703 | D/W Started, I/m appears to be asleep. - 12/31/06 |
| | C/O Ziemer assumed duties |
| 0715 | I/m appears asleep. Blanket over head. |
| 0730 | I/m appears to be asleep. Blanket over head. |
| 0745 | I/m appears to be asleep. Blanket over I/m's head. |
| 0800 | I/m appears to be asleep. Blanket over I/m's head. |
| 0815 | I/m appears to be asleep. Blanket off I/m's head. |
| | it was n/p/m D/c 2nd |
| 0830 | I/m appears to be asleep. |
| 0845 | I/m appears to be asleep. |
| 0900 | I/m appears to be asleep. |
| 0915 | I/m appears to be asleep. |
| 0930 | I/m appears to be asleep. |
| 0945 | I/m appears to be asleep. |
| 1000 | Count time B/c 2  Ziemer/Gardiner. I/m appears asleep |
| 1015 | I/m appears asleep. |
| 1030 | I/m appears awake lying in bed. |
| 1045 | I/m appears to be asleep again. |
| 1051 | I/m request urinal and ice water. |
| 1100 | I/m recieved Food trays, water, and urinal. No problems |
| 1111 | I/m returns food trays, left styrofoam and spoon by grill. Ate orange, drank |
| 1115 | I/m lying on bed, appears to be asleep. |
| 1130 | I/m asked what time it was. Appeared awake. Said |
| | it was still cold.  ✳ |
| 1145 | I/m whistling and talking while lying in bed. |
| 1200 | I/m appears to be sleeping. |
| 1215 | I/m appears asleep. |
| 1230 | I/m appears asleep. |
| 1245 | I/m appears asleep. |
| 0100 | I/m appears asleep. |

APR 2 6 2007

I/m Mauchlin 71743-158 P/w Continued 12/31/06

0115pm I/m asked "What time is it," I/m then asked if I was going to write that in the book and laughed.

0150pm I/m appears to be Sleeping

0135pm I/m wanted water - No problems

0145pm I/m appeared awake. Sitting on bed and talking.

0200pm I/m pacing in cell, talking, quoting things, and asking if I will write it in the book.

0215pm I/m sitting on bed.

2:35 I marshi searched. Cell searched, negated results.

2:40 I/m wanted water and gave it - No problems

2:45 I/m talking while standing at Grill.

2:50 EOW - Blk 2 - R. Temm

03:00pm I C/o Keehan have assumed duties. I

I/M sitting on bunk, I Attempted to call an Lt. to feed inmates, food svc dropped off food

03:15pm I/M walking around cell

3:30pm I/M walking around cell

3:45pm I/M walking around cell

4:00pm good count ② Keehan/Sanders

4:15pm Fed I/M gave 2 styrofoam trays & spoon & 1cup of water

4:30pm I/M done eating and put both trays, cup & spoon by grill while I wait to take them

4:45pm I/M sitting on bed.

5:00pm I/M sitting on bed.

5:15pm I/M pacing cell

5:30pm I/M pacing cell

5:45pm I/M requested bed pan/ I called Lt.

6:00pm waiting on Lt, I/M pacing cell

6:15pm Lt. Shipman came down' I/M defecated and produc a needle like object encapsulated in plast

6:30pm object recovered, I/M x-rayed (head, abdomen, pelvic area) with negative results

6:45pm Dry cell ended

REVIEWED, EXCISED AND

APR 2 6 2007

RELEASED BY NCRO LEGAL OFFICE