IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 14 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-02593-WDM-MEH

PETER P. MAUCHLIN,

    Plaintiff,

v.

SIS CORRECTIONAL SUPERVISOR, BIER,
PHYSICIANS ASSISTANT, A. OSAGIE, and
EMT DALGLEIGH,

    Defendants.

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after

service of process on the defendants.

Dated: 2/12/08

BY THE COURT:

UNITED STATES DISTRICT JUDGE

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

### CERTIFICATE OF MAILING

Civil Action No. 07-cv-02593-WDM-MEH

Peter P. Mauchlin
Reg. No. 71743-158
USP- ADXMAX
PO Box 8500
Florence, CO 81226

Bier, Sis Corr. Supervisor, A. Osagie, and Dalgleish, Emt **- WAIVER***
c/o Christopher B. Synsvoll
Attorney Advisor
**DELIVERED ELECTRONICALLY**

United States Attorney General **- CERTIFIED**
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C. 20530

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Christopher Synsvoll for service of process on Bier, Sis Corr. Supervisor, A. Osagie, and Dalgleish, Emt; The United States Attorney General; and to the United States Attorney's Office: COMPLAINT FILED 12/13/07, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 2-4-08 .

GREGORY C. LANGHAM, CLERK

By: _____
                    Deputy Clerk