IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02593-WDM-MEH

PETER P. MAUCHLIN,

    Plaintiff,

v.

BIER, SIS Correctional Supervisor,
A. OSAGIE, Physicians Assistant,
DALGLEISH, EMT,

    Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, March 19, 2008.**

    Pursuant to Rule 15(a), which allows Plaintiff to amend his Complaint once as a matter of course, Plaintiff's Petition to Amend Complaint [Filed March 14, 2008; Docket #27] is **granted**. Plaintiff shall file an Amended Complaint that contains all allegations, claims, and defendants in one pleading, which will be the operative complaint in this case. Plaintiff's Amended Complaint is to be filed on or before **April 4, 2008**.