IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 07-cv-02593-CMA-MEH

PETER P. MAUCHLIN,

    Plaintiff,

v.

BIER, SIS Correctional Supervisor,
A. OSAGIE, Physician Assistant,
DALGLEISH, EMT,
BARRY, Correctional Supervisor,
HAM, Correctional Supervisor,
JOHN DOE 1, Correctional Officer, and
JOHN DOE 2, Medical Officer,

    Defendants.

## ORDER ADOPTING AND AFFIRMING SEPTEMBER 15, 2008 RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

This matter is before the Court on the Recommendation on Defendants' Motion for Summary Judgment (Doc. # 61) by the Magistrate Judge.

Timely objections and responses have been filed in this matter. In light of the objections, I have reviewed *de novo* the recommendation as well as the file and record in this case. On *de novo* review, I find and conclude that the Magistrate Judge's thorough and comprehensive analysis and recommendation are correct. Accordingly,

IT IS ORDERED that the Recommendation on Defendants' Motion for Summary Judgment (Doc. # 61) is ACCEPTED and Defendants' Motion for Summary Judgment Based on Exhaustion (Doc. # 47) is hereby DENIED.

DATED: November 4th, 2008.    BY THE COURT:

                                                          _____
                                                          CHRISTINE M. ARGUELLO
                                                          United States District Judge