IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02593-CMA-MEH

PETER P. MAUCHLIN,

    Plaintiff,
v.

BIER, SIS Correctional Supervisor,
A. OSAGIE, Physician Assistant,
DALGLEISH, EMT,
BARRY, Correctional Supervisor,
HAM, Correctional Officer,
JOHN DOE 1, Correctional Officer,
JOHN DOE 2, Medical Officer,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 5, 2009.**

    Plaintiff's Motion to Stay and other requested relief [filed March 4, 2009; docket #113] is **granted in part** and **denied without prejudice in part**. The motion is granted in that a Telephonic Status Conference is hereby set in this matter for Friday, **March 27, 2009, at 9:15 a.m.** The parties shall call Chambers at (303) 844-4507 at the designated time.

    The motion is denied without prejudice to the extent that at this time, the Court declines to rule on Plaintiff's requests to stay proceedings and to rescind his settlement offer. These issues will be discussed further at the Telephonic Status Conference on March 27, 2009.

    This Order does not supercede Defendants' obligations pursuant to D.C. Colo. LCivR 7.1C.