IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| **Civil Action No.** 07-cv-02593-CMA-MEH | **FTR – Courtroom C203** |
| **Date:** March 27, 2009 | Cathy Coomes, Courtroom Deputy |

PETER P. MAUCHLIN,                                              *Pro Se* (by telephone)

      Plaintiff,

v.

DALGLEISH,                                                    Marcy Cook
BIER,
A. OSAGE,
BARRY,
JOHN DOE #1,
HAM, and
JOHN DOE #2,

      Defendants.

---

## COURTROOM MINUTES/MINUTE ORDER

---

**TELEPHONIC STATUS CONFERENCE**

**Court in session:**     9:31 a.m.

Court calls case. Appearances of *pro se* Plaintiff and counsel.

Discussion regarding the discovery requests submitted by Plaintiff.

**ORDERED:**    Plaintiff shall draft new Requests for Production of Documents, Requests for Admission, and interrogatories, in one document, and send those to Defendants' counsel **on or before April 1, 2009.** Plaintiff should choose what information is most important and should be specific in his requests and interrogatories.

Discussion regarding a letter submitted by Plaintiff, dated March 23, 2009, and docketed as a Motion for Order for Admissions and Request for Production of documents (Doc. #126, filed 3/25/09).

**ORDERED:** The Motion for Order for Admissions and Request for Production of documents (Doc. #126, filed 3/25/09) is GRANTED in part and DENIED in part. Each side is allowed 25 Interrogatories, 25 Requests for Production, and 25 Requests for Admissions.

Discussion regarding the discovery cutoff.

**Court in recess:** 9:45 a.m. (Hearing concluded)
Total time in court: 0:14