IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02593-CMA-MEH

PETER P. MAUCHLIN,

    Plaintiff,

v.

BIER, Correctional Supervisor,
A. OSAGE, Physicians Assistant,
DALGLEISH, EMT,
BARRY, Correctional Supervisor,
HAM, Correctional Officer,
JOHN DOE 1, Correctional Officer,
JOHN DOE 2, Medical Officer,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 22, 2009.**

    Pending before the Court is a letter from Plaintiff [filed June 18, 2009; docket #163], which the Court construes as a Motion for Reconsideration of this Court's minute order issued June 5, 2009 [docket #156], granting permission to Defendants to conduct Plaintiff's deposition pursuant to Fed. R. Civ. P. 30(a)(2)(B). The Court finds no compelling reason to reconsider its June 5, 2009, minute order; accordingly, Plaintiff's Motion for Reconsideration is **denied**.