IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 07-cv-02593-CMA-MEH

PETER P. MAUCHLIN,

    Plaintiff,

v.

BIER, SIS Correctional Supervisor,
A. OSAGIE, Physician Assistant,
DALGLEISH, EMT,
BARRY, Correctional Supervisor,
HAM, Correctional Supervisor,
JOHN DOE 1, Correctional Officer, and
JOHN DOE 2, Medical Officer,

    Defendants.
_____

### ORDER SETTING CASE FOR TRIAL
_____

    The above-captioned matter has been scheduled for a **three-day jury trial** on the docket of Judge Christine M. Arguello in the U.S. District Courthouse, Courtroom A602, 6th Floor, 901 19th Street, Denver, Colorado, to commence on **February 1, 2010, at 1:30 p.m.**

    A Final Trial Preparation Conference is set for **January 15, 2010, at 1:30 p.m.** The parties are expected to be fully prepared for trial at that time. **Lead counsel who will try the case shall attend in person, unless a written motion for alternative appearance is granted by the Court .**

    These proceedings are subject to the Federal Rules of Civil Procedure, the

Federal Rules of Evidence, the Local Rules of Practice for the United States District Court for the District of Colorado and **the Civil Practice Standards for this courtroom**, a copy of which can be downloaded from the Court's website at www.cod.uscourts.gov, under "Judicial Officers' Procedures."

DATED: October 22, 2009.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge