IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02593-CMA-MEH

PETER P. MAUCHLIN,

      Plaintiff,

v.

BIER, Correctional Supervisor,
A. OSAGE, Physicians Assistant,
DALGLEISH, EMT,
BARRY, Correctional Supervisor,
HAM, Correctional Officer,
JOHN DOE 1, Correctional Officer,
JOHN DOE 2, Medical Officer,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 18, 2009.**

      Plaintiff's Motion to Amend/Correct Plaintiff's Prospective Trial Exhibits/Documents [filed November 12, 2009; docket #203] is **denied without prejudice** pending the District Court's adjudication of this Court's Recommendation on Defendants' Motion for Summary Judgment.

      The Court construes Plaintiff's Request for Corrections to the Court's Report and Recommendations (Doc. #200) [filed November 12, 2009; docket #206] as Plaintiff's objections to the pending Recommendation on Defendants' Motion for Summary Judgment. To the extent Plaintiff seeks to submit objections to the Court's Recommendation, the Motion is **granted**.

      Defendants' Motion for Leave to Submit Amended Objections to Recommendation in Place of Prior Objections [filed November 13, 2009; docket #208] is **granted**. Even though Plaintiff opposes the request, the Court finds that in the interests of justice, Defendants should be permitted to file amended Objections. The Clerk of Court is directed to enter the Objections located at Docket #208-2 and the accompanying unpublished opinion located at Docket #208-3.